FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant, MBM One LLC



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PERICELES ANTHONY CUBITA PUNO,<br><br>Plaintiff,<br><br>vs.<br><br>MBM ONE LLC; DECATUR MOTORS LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 2:26-cv-02655-JAD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendant MBM One LLC will have up to and including October 1, 2026, to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1). This is the first request for an extension of this deadline. Additional time is needed because the Defendant's counsel has just entered the case and will need additional time to review the facts, claims and defenses, and also because of deadlines and events in other legal

matters.

FREIMAN LEGAL

By: /s/ Lawrence W. Freiman, Esq.
Lawrence W. Freiman, Esq.
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90104
Attorneys for Plaintiff

FISHER & PHILLIPS LLP

By: /s/ Scott M. Mahoney, Esq.
Scott M. Mahoney, Esq.
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Attorney for Defendants

**IT IS SO ORDERED** that defendant MBM One, LLC may have up to and including October 1, 2026, to answer or otherwise respond to Plaintiff's Complaint. Future stipulations must please include more substantive matter in the last page that includes the judicial signature block, per LR IA 6-2

UNITED STATES MAGISTRATE JUDGE

Dated: 9-17-26

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101