FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PERICELES ANTHONY CUBITA PUNO,

Plaintiff,

vs.

MBM ONE LLC; DECATUR MOTORS LLC; and DOES 1 through 10, inclusive,

Defendants.

Case No: 2:26-cv-02655-JAD-MDC

**STIPULATION AND ORDER FOR PARTIAL DISMISSAL AND GRANTING FURTHER TIME TO RESPOND TO COMPLAINT**
**(Second Request)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that the Ninth Claim for Relief for tortious discharge will be dismissed without prejudice, with each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED AND AGREED that Defendant, Decatur Motors LLC, will be dismissed from this case without prejudice, with each party paying their own costs and attorney's fees.

///

///

///

///

All the other claims remain pending against MBM One LLC, which will have up to and including October 13, 2026 to answer or otherwise respond to the Complaint. This is the second request for an extension of this deadline. Defense counsel needs additional time to investigate the claims and has also had numerous events and deadlines in other matters.

FREIMAN LEGAL

By: */s/ Lawrence W. Frieman, Esq.*
LAWRENCE W. FREIMAN, ESQ.
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Attorneys for Plaintiff

FISHER & PHILLIPS LLP

By: */s/ Scott M. Mahoney, Esq.*
Scott M. Mahoney, Esq.
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Attorney for Defendants

IT IS SO ORDERED:

______________________________
UNITED STATES DISTRICT JUDGE

Dated: 10/5/2026

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101