FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PERICELES ANTHONY CUBITA PUNO,<br><br>Plaintiff,<br><br>vs.<br><br>MBM ONE LLC; DECATUR MOTORS LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 2:26-cv-02655-JAD-MDC<br><br>**STIPULATION AND ORDER TO SET EARLY NEUTRAL EVALUATION** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record, pursuant to LR 16-6(b), that an Early Neutral Evaluation be set in this matter. The Complaint includes claims under Title VII and 42 U.S.C. §1981,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /





FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

making this case eligible for an ENE under LR 16-6(a).

FREIMAN LEGAL

By: */s/ Lawrence W. Frieman, Esq.*
LAWRENCE W. FREIMAN, ESQ.
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Attorneys for Plaintiff

FISHER & PHILLIPS LLP

By: */s/ Scott M. Mahoney, Esq.*
Scott M. Mahoney, Esq.
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Attorney for Defendants

IT IS SO ORDERED:



UNITED STATES MAGISTRATE JUDGE

Dated: 11-23-26

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101